**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CARL HARRISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 11-cv-00090-JPG-DGW** |
| ) | |
| ) | |
| **UTI INTEGRATED LOGISTICS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**JUDGMENT IN A CIVIL CASE**

The Court having received a stipulation of dismissal signed by all parties of record;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   **November 18, 2011**

**NANCY ROSENSTENGEL, Clerk of Court**

**BY: s/Brenda K. Lowe, Deputy Clerk**

APPROVED:   *s/J. Phil Gilbert*
                    **J. PHIL GILBERT
                    U. S. DISTRICT JUDGE**